166 So. 725

### Marion F. HERREN v. STATE.

6 Div. 937.

Supreme Court of Alabama.

March 19, 1936.

Beddow, Ray & Jones, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Marion F. Herren for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Herren v. State, 166 So. 724.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

166 So. 716

### Lloyd WILSON v. STATE.

4 Div. 880.

Supreme Court of Alabama.

March 19, 1936.

Winn & Winn, of Clayton, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Lloyd Wilson for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Wilson v. State, 166 So. 715.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.